# IN THE SUPREME COURT OF TEXAS

No. 17-1048

OSCAR ORTIZ, PETITIONER,

v.

STATE FARM LLOYDS, RESPONDENT

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS

CHIEF JUSTICE HECHT, joined by JUSTICE BROWN and JUSTICE BLACKLOCK, concurring in part and dissenting in part.

I join Parts I, II, III-A, III-B, and III-C of the Court's opinion. For the reasons I explain today in dissent from the Court's opinion in *Barbara Technologies Corp. v. State Farm Lloyds*,[1] I dissent from Part III-D and from the Court's judgment insofar as it does not affirm the court of appeals' judgment in full.

_____
Nathan L. Hecht
Chief Justice

Opinion delivered: June 28, 2019

_____

[1] ___ S.W.3d ___ (Tex. 2019).